UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
X ------------------------------------------------------------------- X

DAVID EDWARDS and SALVATORE
BONAVENTURA,

               Plaintiffs,

           -against-

POLY PREP COUNTRY DAY SCHOOL and LYNDA
CASARELLA

              Defendants.

X ------------------------------------------------------------------- X

Case No.: 1:25-cv-05379-NGG MMH

**STIPULATION OF DISMISSAL
WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned

attorneys for the parties herein, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action be, and

hereby is, withdrawn, and dismissed, with prejudice, and without costs, fees or disbursements

against any party and that an order to that effect may be entered without further notice.

Dated: New York, New York
     June 26, 2026

ROBERT WISNIEWSKI P.C.

By: */s/ Robert Wisniewski*
   Robert Wisniewski, Esq.
   *Attorneys for Plaintiffs*
   17 State Street, Suite 820
   New York, NY 10004
   (212) 267-2101

GORDON REES SCULLY MANSUKHANI, LLP

By: __*/s/ Talysia Francis*_____
   Mercedes Colwin, Esq.
   Talysia Francis, Esq.
   *Attorneys for Defendants*
   1 Battery Park Plaza, 28th Floor
   New York, NY 10004
   (212) 269-5500

So Ordered.

s/Nicholas G. Garaufis, USDJ

Hon. Nicholas G. Garaufis
Date: 6/29/22